UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTY FREDRICK,<br><br>                              Plaintiff,<br><br>                vs.<br><br>CAROLYN W. COLVIN, Commissioner<br>of Social Security,<br><br>                              Defendant. | CASE NO. CV 15-5154-FMO (AGR)<br><br>JUDGMENT |

        IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The

decision of the Commissioner is reversed, and the matter is remanded for further

proceedings consistent with the report and recommendation.


                                        /s/

DATED: July 21, 2016        _____
                                        FERNANDO F. OLGUIN
                                        United States District Judge